MARION BRINKMAN et al., Respondents-Appellants, v. RONALD BRINKMAN et al., Appellants-Respondents. (Action No. 1.) WILLIAM BRINKMAN, Respondent, v. SAMUEL MAGID, Appellant. (Action No. 2.) RONALD BRINKMAN, Respondent, v. SAMUEL MAGID, Appellant. (Action No. 3.) —

588

Bergan, P. J., Gibson, Reynolds and Taylor, JJ., concur; Herlihy, J., concurs in the result.